**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY CASON, as Special Administrator of the Estate of Charles Keith Cason, Deceased,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**HOLMES TRANSPORT, INC.,** )<br>)<br>**Defendant.** ) | **CASE NO. 08-CV-617-PMF** |

## JUDGMENT IN A CIVIL CASE

This action came to trial before the Court. The issues have been tried and a decision rendered.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered on the Complaint against defendant Holmes Transport, Inc., and in favor of plaintiff Mary Cason, as Special Administrator of the Estate of Charles Keith Cason, Deceased, in the total amount of $6,511,819.68, as follows:

1. Lost earnings - $1,000,000.00
2. Final expenses - $11,819.68
3. Loss of society and consortium:
   Mary Cason - $4,000,000.00
   Ryan Cason - $750,000.00
   Craig Cason - $750,000.00.

DATED:  December 8, 2009.                    **NANCY J. ROSENSTENGEL, CLERK**

                                            By: s/Karen R. Metheney
                                                Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**